UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | | Case No.: | 21-15374 |
| SUMNER, MARGARET L | | Chapter: | 7 |
| | | Judge: | KCF |

**NOTICE OF PROPOSED ABANDONMENT**

Thomas J. Orr, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on September 14, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real Estate at:   384 BISHOP STREET, BROWNS MILLS, NJ
> The debtor(s) purchased the property in 2007 for $149,300. The property is valued at $145,000 based upon an appraisal from November 2020. The amount due on the mortgage is greater than the value of the property.

> Liens on property:
>
> Midland Mortgage-$150,411

> Amount of equity claimed as exempt:
>
> NONE

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | /s/Thomas J. Orr, Trustee |
| Address: | 321 High Street, Burlington, NJ 08016 |
| Phone number: | (609)386-8700 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Margaret L Sumner  
    Debtor

Case No. 21-15374-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Aug 09, 2021      Form ID: pdf905      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Margaret L Sumner, 384 Bishop Street, Browns Mills, NJ 08015-6813 |
| 519251707 | + | Capital Health System, c/o Arcadia Recovery Bureau, 645 Penn Street, PO Box 6768, Reading, PA 19610-0768 |
| 519251714 | | JPMorgan Chase Bank, N.A., c/o Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Tpk, Suite 220, PO Box 9036, Syosset, NY 11791-9036 |
| 519267318 | + | Jeffrey Thomas, 24 Robin Road, Eastampton, NJ 08060-3331 |
| 519251717 | | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 519251718 | + | Toyota Motor Credit Corp, PO Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 09 2021 20:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 09 2021 20:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519251708 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 09 2021 20:21:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519251709 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 09 2021 20:17:00 | Citibank N.A., c/o Midland Credit Management, 320 East Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 519251710 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 09 2021 20:20:54 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519251711 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 09 2021 20:20:54 | Comenity Capital Bank, c/o Portfolio Recovery Assoc, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 519251712 | | Email/Text: mrdiscen@discover.com | Aug 09 2021 20:17:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 519251713 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 09 2021 20:20:53 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 519251715 | | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Aug 09 2021 20:20:46 | Midland Mortgage/MidFirst, 999 NW Grand Boulevard, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 519251716 | | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2021 20:21:01 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 519253770 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 09 2021 20:20:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 11, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Margaret L Sumner mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Jeffrey E. Jenkins | on behalf of Debtor Margaret L Sumner mail@jenkinsclayman.com  connor@jenkinsclayman.com |
| Rebecca Ann Solarz | on behalf of Creditor MidFirst Bank rsolarz@kmllawgroup.com |
| Thomas Orr | tom@torrlaw.com  Torr@ecf.axosfs.com |
| Thomas Orr | on behalf of Trustee Thomas Orr tom@torrlaw.com  Torr@ecf.axosfs.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7