Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  21−15374−KCF
        Chapter:  7
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Margaret L Sumner
   384 Bishop Street
   Browns Mills, NJ 08015

Social Security No.:
   xxx−xx−3973

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

384 BISHOP STREET, BROWNS MILLS, NJ


Dated: September 8, 2021
JAN: gan

                                      Jeanne Naughton
                                      Clerk